In the Matter of the Examination of JOHN J. MCCORMICK, President, and Other Officers of KENNEDY & MURPHY BREWING AND MALTING COMPANY, Appellants.

FRANK H. KENNEDY, Respondent.

*Matter of McCormick,* 164 App. Div. 906, appeal dismissed.
(Argued March 2, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 4, 1914, which affirmed an order of Special Term directing the appellants herein to submit to an examination.

*H. D. Bailey* for appellants.

*Thomas F. Powers* for respondent.

Appeal dismissed, with costs; no opinion. (See *Matter of Attorney-General,* 155 N. Y. 441, and *Matter of N. Dain's Sons Co.,* 204 N. Y. 623.)

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.